UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEREMY JERMANE BRUNER,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | Case No. CIV-25-271-J |
| ) | |
| FNU LNU,  ) | |
| ) | |
| Defendant.  ) | |

## ORDER

Plaintiff, a state prisoner appearing pro se, brings this action pursuant to 42 U.S.C. § 1983. The matter was referred to United States Magistrate Judge Suzanne Mitchell for initial proceedings consistent with 28 U.S.C. § 636. [Doc. No. 4]. On April 10, 2025, Judge Mitchell issued a Report and Recommendation recommending that the amended complaint be dismissed in its entirety. [Doc. No. 10]. Plaintiff was advised of his right to object to the Report and Recommendation by May 1, 2025. No objection has been filed. Plaintiff has therefore waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 10] and DISMISSES the amended complaint in its entirety.

IT IS SO ORDERED this 12th day of May, 2025.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE